**DISMISS and Opinion Filed February 25, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00909-CV**
_____

**MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC., Appellants**

**V.**

**JENNIFER MUSSELL, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-03437**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Pedersen, III
Opinion by Justice Schenck

Before the Court is appellants' motion to dismiss based on the parties' settlement. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210909F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MIDLAND FUNDING, LLC AND
MIDLAND CREDIT
MANAGEMENT, INC., Appellants

No. 05-21-00909-CV     V.

JENNIFER MUSSELL, Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-03437.
Opinion delivered by Justice
Schenck. Justices Molberg and
Pedersen, III participating.

      In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

      Subject to any agreement among the parties, we **ORDER** that appellee Jennifer Mussell recover her costs, if any, of this appeal from appellants Midland Funding, LLC and Midland Credit Management, Inc.

Judgment entered February 25, 2022.